CLERKS OFFICE US DISTRICT COURT
AT ROANOKE, VA
FILED

March 27, 2026

LAURA A. AUSTIN, CLERK
BY: /s/ M. Poff
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| TALEEK SHERROD SWINNEY, | ) | |
|     Petitioner, | ) | Civil Case No. 7:24-cv-00741 |
| v. | ) | |
| | ) | |
| WARDEN JOHN GILLEY, *et al.*, | ) | By: Elizabeth K. Dillon |
|     Respondents. | ) |     Chief United States District Judge |

## MEMORANDUM OPINION AND ORDER

Taleek Swinney, a federal inmate proceeding *pro* se, filed this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  Swinney's petition challenges the designation by the Bureau of Prisons that Swinney has refused to participate in the Inmate Financial Responsibility Program (IFRP Refusal).  (Habeas Pet., Dkt. No. 1; Mem. in Support, Dkt. Nos. 2, 2-1.)  Swinney asks the court to order that he be removed from "IFRP Refusal" status and "place him on IFRP Exempt and/or return him to his regular position."  (Dkt. No. 2.)

Respondent filed a motion for summary judgment.  (Dkt. No. 6.)  In its motion, respondent indicates that on February 27, 2025, Swinney voluntarily requested to participate in IFRP.  (Dkt. No. 7-1, Lane Decl. ¶ 8.)  As such, Swinney was removed from IFRP Refusal status.  (*Id.*)[1]  Therefore, Swinney's habeas petition will be dismissed as moot.  *See Williams v. Ozmint*, 716 F.3d 801, 809 (4th Cir. 2013) (concluding that a claim becomes moot where "an event occurs that makes it impossible for the court to grant any effectual relief to the plaintiff"); *United States v. Kettler*, 908 F.3d 61, 65 (4th Cir. 2018) (explaining that federal courts lack subject matter jurisdiction over moot claims).

---

[1] Swinney did not respond to respondent's motion and has not contested this assertion.  The court notes that Swinney submitted a letter dated August 12, 2025, inquiring about the status of this case and stating he "never received the respondents response nor any judgment or order that was rendered."  (Dkt. No. 10.)  The court transmitted a copy of the docket sheet to Swinney, and the court has received no further filings from Swinney.  (*See id.*)

Based on the foregoing, it is HEREBY ORDERED that this action is DISMISSED WITHOUT PREJUDICE as moot.  The court declines to issue a certificate of appealability. Respondent's motion for summary judgment (Dkt. No. 6) is DENIED as moot.

The Clerk shall strike this action from the active docket of the court and transmit a copy of this order to petitioner and to counsel for respondent.

Entered: March 27, 2026.

*/s/ Elizabeth K. Dillon*
Elizabeth K. Dillon
Chief United States District Judge